UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEMETTRESS ARLENE BURNETT,  Case No. 1:11-cv-324

    Plaintiff,  Spiegel, J.
                                                                     Bowman, M.J.

    v.

CARINGTON HEALTH SYSTEMS,

    Defendant.

## ORDER

Plaintiff Demettress Burnett, proceeding *pro se,* brings this action alleging that her former employer discriminated against her on the basis of her race. (*See* Doc. 3). By separate Report and Recommendation ("R&R"), the undersigned has recommended that Defendant's pending motion for summary judgment be granted, and that this case be dismissed. (Doc. 24). However, the parties have also filed three non-dispositive motions. Therefore, **IT IS ORDERED:**

1. Plaintiff's motion to strike certain exhibits from Defendant's motion for summary judgment (Doc. 31) is **DENIED** for the reasons stated in Defendant's response to that motion;

2. Plaintiff's motion to set a trial date (Doc. 37) is **DENIED AS MOOT** in light of the recommendation that Defendant's motion for summary judgment be granted;

3. Defendant's motion to strike Plaintiff's second memorandum in opposition to summary judgment as an impermissible sur-reply (Doc. 39) is also **DENIED AS MOOT.**

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge
