UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEMETTRESS ARLENE BURNETT, :
: NO. 1:11-CV-0324
    Plaintiff, :
:
:
 v. : **ORDER**
:
:
CARRINGTON HEALTH SYSTEMS, :
:
    Defendant. :

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 45), to which no objections were filed. In her Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. §1915 (doc. 44) be denied.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court finds the Magistrate Judge's report to be thorough, well-reasoned, and correct. Accordingly, the Court adopts and affirms the report in its entirety. Plaintiff's motion is therefore DENIED (doc. 44).

  SO ORDERED.

Dated: February 19, 2013  s/S. Arthur Spiegel_____
                                      S. Arthur Spiegel
                                      United States Senior District Judge